**ORDER:** The Motion for Entry of Default shall be withdrawn.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-01181 |
| | ) | |
| DANIEL S. NUTKIS, ROSANNE KERWIN, | ) | |
| and MELVYN S. NUTKIS, | ) | |
| | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF REQUEST TO
## ENTER DEFAULT AGAINST MELVYN S. NUTKIS

The United States respectfully withdraws the Request to enter Default, and supporting documents, that it uploaded as docket no. 25, as the United States and Melvyn Nutkis have entered into a stipulation resolving the claims the United States brought against him, which was uploaded as docket no. 30.

DATE: July 15, 2011

> Respectfully submitted,
> JERRY E. MARTIN
> United States Attorney
>
> JOHN A. DICICCO
> Principal Deputy Assistant Attorney General
>
> /s/ Daniel J. Healy
> DANIEL J. HEALY
> U.S. Department of Justice, Tax Division
> Post Office Box 227, Ben Franklin Station
> Washington, D.C. 20044
> Tel./Fax: (202) 305-3402/(202) 514-6866
> E-mail: Daniel.J.Healy@usdoj.gov

3025236.1